FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

versus

22ND Public Defender's Office
Melissa Brink
Lilian Hangartner
John Lindner
Unknown Doctor
Unknown Attorneys
Print the full name of all defendants in this action.
**DO NOT WRITE et al.**

CIVIL ACTION

NO. **21-704**

SECTION **SECT. T MAG 3**

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )   No (X)

TENDERED FOR FILING

APR 0 1 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

*See attached*

II. PLACE OF PRESENT CONFINEMENT: _St. Tammany Parish Jail_

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

_____ Refused _____

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____
_____ yes _____

D. If your answer is NO, explain why you have not done so: _____
_____ Refused _____
_____
_____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) __Andrew David Wetzel__

Prisoner Number __#539179__

Address __P.O. Box #908 Covington, LA 70433__

Date of Birth __7-18-1988__

Date of Arrest __12-16-2020__

Date of Conviction __None__

3

III. A (continued) - ADDITIONAL PLAINTIFFS      In Re: Andrew Wetzel V. 22nd Public Defender's office

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _____

Signature_____

& OTHERS as otherwise Situated

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant Melissa Brink is employed as Public Defender at 22nd Public Defender's Office
Address for service: 402 North Jefferson Ave Covington, LA 70433

C. Defendant Lilian Hangartner is employed as Public Defender at 22nd PDO
Address for service: Same

D. Defendant John Lindner is employed as Chief Public Defender at 22nd PDO
Address for service: Same

E. Defendant Unknown Doctor is employed as Doctor ~~St. Tammany Parish Jail~~ at St. Tammany Parish Jail
Address for service: 1200 Champagne St. Covington, LA 70433

F. Defendant Unknown Attorneys is employed as Attorneys at Public Defender
Address for service: Same (NOW)

G. Defendant Unknown Deputies is employed as Deputy (ies) at St. Tammany Parish Sheriff office
Address for service: (NOW) 300 Brownswitch Rd Slidell, LA 70458

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

See attached

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

x See attached *

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 28 day of MARCH, 2021.

(Signature of Plaintiff)

10/2015



Andrew Wetzel
#539179/C327
P.O. Box #908
Covington, LA 70433

U.S. D.C. - EASTERN
CLERK OF COURT
500 Poydras St.
Room C151
New Orleans, LA 70130

NOT CENSORED
ST TAMMANY PARISH JAIL

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT


FSC MIX Envelope FSC® C137131