UNITED STATES DISTRICT COURT
EASTERN District of Louisiana


Andrew David Wetzel

    V.

22nd Public Defender's office

Civil Action

NO.

Section.

# 21-704
# SECT.T MAG 3

Memorandum of Law IN Support

## - CLAIMS -

AS To Defendants: 22nd Public Defender's office, & John Lindner violated petitioner 6th Amendment Right under color of state law when he:

(1) Acted with diliberate Indifference towards petitioner's 6th amendment Right To counsel, when he directly participated, Failed To Oversee Cmployees, and knew about the denial of the petitioner's 6th amendment Right To counsel. He knew of the conflict with the petitioner but allowed his office To Rep the petitioner, allowing Several violations To petitioner's Rights, Including Losing or Causing To be lasted evidence needed for the petitioner's Defense, And allowing the State To pass Legal dead lines.


AS To Defendants: Unknown Doctor violated petitioner's 8th amendment Right Unknown Doctor Refusal To provide need asthma meds, allowed petitioner To have several asthma attacks. The unknown Doctor acted with deliberate Indifference.


AS To Defendants: Unknown Deputies violated petitioner's 4th amendment Right. when they got statements from the petitioner In violation of Miranda and state Law.


page 1 of 2

As To Defendants: Melissa Brink, Lilian Hangartner, unknown attorneys
In violation of petitioner's 6th amendment Rights.

Defendants violated petitioner's Right To counsel when They failed To
file motions, failed To withdraw upon a conflict, Lost evidence, etc

## Relief

(1) Injuction Relief as needed (2) Deckrightion of the violation of
petitioner's Rights (3) Damages of $500,000 Dollars.

s/ _____
Andrew wetzel

page 2 of 2